UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT FERRO,** | ) |
|         Petitioner, | ) Case No. CV 10-5671 TJH (AJW) |
|     v. | ) |
| **LINDA SANDERS, WARDEN,** | ) ORDER ADOPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
|         Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: January 19, 2011

_____
Terry J. Hatter
United States District Judge