1  De

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT FERRO, | ) | Case No. CV 10-5671-TJH(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed in its entirety for lack of jurisdiction.

Dated: January 19, 2011

_____
Terry J. Hatter
United States District Judge